sentencing court's reference to the ten-year mandatory minimum sentence. To succeed on this claim, Mr. Pinque must show that his counsel's performance was deficient and that the deficient performance prejudiced his defense. *See Strickland v. Washington*, 466 U.S. 668, 687, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984).

We need not decide whether counsel was deficient, because, as we have already said, there was no prejudice to Mr. Pinque in any event. *See id.* at 697, 104 S.Ct. 2052; *see also Evans v. United States*, 200 F.3d 549, 551 (8th Cir.2000). He therefore cannot demonstrate that "there is a reasonable probability that, but for counsel's unprofessional errors, the result of the proceeding would have been different," *Strickland*, 466 U.S. at 694, 104 S.Ct. 2052. His ineffective assistance claim thus must fail.

For the foregoing reasons, we affirm the judgment of the district court.

A true copy.

Before ARNOLD, BYE, and RILEY, Circuit Judges.

PER CURIAM.

Priscilla Leaks appeals from the district court's [1] adverse grant of summary judgment in her action against Cintas Corporation alleging race discrimination. Having reviewed the record de novo and carefully considered the parties' briefs, we agree with the district court's bases for granting summary judgment. *See Whitley v. Peer Review Sys., Inc.*, 221 F.3d 1053, 1055 (8th Cir.2000) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

A true copy.

Priscilla LEAKS, Appellant,

v.

CINTAS CORPORATION, Appellee.

No. 02–3441.

United States Court of Appeals, Eighth Circuit.

Submitted March 27, 2003.

Decided April 3, 2003.

UNITED STATES of America, Appellee,

v.

Juan Francisco OTERO–FIGUEROA, also known as Chuco, Appellant.

No. 02–3468.

United States Court of Appeals, Eighth Circuit.

Submitted April 2, 2003.

Decided April 3, 2003.

1. The Honorable Garnett Thomas Eisele, United States District Judge for the Eastern District of Arkansas.